IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 7 |
| | : |
| KENNETH J. MOSS and | : |
| NINNETTE E. MOSS, | : |
|     DEBTORS | : CASE #5:22-BK-01239-MJC |

================================================================

| | |
|---|---|
| POCONO MOUNTAIN REGIONAL | : |
| EMERGENCY MEDICAL SERVICES, INC. | : |
|     MOVANT | : |
| | : |
| and | : |
| | : |
| KENNETH J. MOSS and NINNETTE E. MOSS, | : |
| And | : |
| JACK N. ZAHAROPOULOS, Chapter 13 Trustee, | : |
|     RESPONDENTS | : |

## NOTICE OF APPEARANCE AND REQUEST
## FOR NOTICE AND SERVICE OF PAPERS

TO: THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, THE UNITED STATES TRUSTEE, THE DEBTORS AND THEIR ATTORNEY OF RECORD HEREIN AND TO ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE, that pursuant to Bankruptcy Rules 2002 and 9007 and 11 U.S.C. Section 102(1) and all other applicable law, the undersigned, as counsel of record for Pocono Mountain Regional Emergency Medical Services, a creditor of the above-named Debtor and a party-in-interest in the captioned bankruptcy case, hereby requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned at the following office, address and telephone number:

Kimberly A. Bonner, Esquire
JSDC Law Offices
11 E. Chocolate Avenue, Suite 300
Hershey, PA 17033
(717) 298-2032

Case 5:22-bk-01239-MJC    Doc 18    Filed 08/17/22    Entered 08/17/22 11:06:09    Desc
Main Document      Page 1 of 3

The foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, fax or otherwise which affect or seek to affect in any way any rights or interest of the Debtor.

                                        JSDC Law Offices

Dated: August 17, 2022        By:   /s/ Kimberly A. Bonner, Esquire
                                                Kimberly A. Bonner, Esquire (PA ID #89705)
                                             11 E. Chocolate Avenue, Suite 300
                                             Hershey, PA 17033
                                             Phone: (717) 533-3280
                                             E-mail: kab@jsdc.com;
                                             *Attorneys for Movant*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 7
:
    KENNETH J. MOSS and :
    NINNETTE E. MOSS, :
           DEBTORS : CASE #5:22-BK-01239-MJC
==============================================================
    POCONO MOUNTAIN REGIONAL :
    EMERGENCY MEDICAL SERVICES, INC. :
           MOVANT :
:
       and :
:
    KENNETH J. MOSS and NINNETTE E. MOSS, :
    And :
    JACK N. ZAHAROPOULOS, Chapter 13 Trustee, :
           RESPONDENTS :

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Appearance and Request for Notice and Service of Papers was served on the following this 17th day of August, 2022, via ECF Notification and/or via First Class U. S. Mail, Postage Pre-paid:

                Timothy B. Fisher, II, Esquire
                523 Main Street
                PO Box 396
                Gouldsboro, PA 18424

                Jack N. Zaharopoulos, Trustee
                8125 Adams Drive
                Suite A
                Hummelstown, PA  17036

                JSDC Law Offices

Dated: August 17, 2022        By:    /s/ Kimberly A. Bonner, Esquire
                                    Kimberly A. Bonner, Esquire (PA ID #89705)
                                    11 E. Chocolate Avenue, Suite 300
                                    Hershey, PA  17033
                                    Phone: (717) 298-2032
                                    E-mail: kab@jsdc.com;
                                    *Attorneys for Movant*