# FISHER & FISHER
## LAW OFFICES, L.L.C.

Timothy B. Fisher, Esquire* **
Timothy B. Fisher, II, Esquire*

\* Member of PA & Federal Bars
\*\* Member of NY Bar
° Member of NJ Bar

John D. Michelin, Esquire*
Joseph F. Kulesa, Jr., Esquire* °
Michelle F. Farley, Esquire*
Michael A. Ventrella, Esquire*

August 17, 2022

To the Clerk of the U.S. Bankruptcy Court

**RE:** **Kenneth J. Moss**
**Ninnette E. Moss**
**Case No. 5:22-bk-01239**

Dear Sir or Madam:

Please note the following change of address for the creditor, NBT Bank:

Prior Address:    P.O. Box 790185
                  Saint Louis, MO 63179-0185

New Address:      52 South Broad Street
                  Norwich, NY 13815

Very truly yours,

FISHER & FISHER LAW OFFICES, L.L.C.

By: *Tim B. Fisher II* /mck
    Timothy B. Fisher, II

TBFII/mck

Please Reply To:

☐ Mount Pocono
3041 Route 940, Suite 107
Mount Pocono, PA 18344
(570) 839-8690
(570) 839-7675 fax

☐ Gouldsboro
525 Main St., PO Box 396
Gouldsboro, PA 18424
(570) 842-2753
(570) 842-8979 fax

☐ Cresco
1032 PA Route 390 #101, PO Box 222
Cresco, PA 18326
(570) 595-8770
(570) 595-8772 fax

☐ Stroudsburg
109 N. 7th Street
Stroudsburg, PA 18360
(570) 629-6322
(570) 629-6275 fax