# United States Bankruptcy Court
## Middle District of Pennsylvania

In re    **Kenneth J Moss**
       **Ninnette E Moss**

Case No.    **5:22-bk-01239**

Debtor(s)      Chapter    **13**

## CERTIFICATE OF SERVICE

I hereby certify that on  **August 17, 2022**, a copy of  **Notice of Chapter 13 Bankruptcy Case Filing**  was served electronically or by regular United States mail to the creditor listed below.

**NBT Bank**
**52 South Broad Street**
**Nowich, NY 13815**

**/s/ Timothy B. Fisher II**
**Timothy B. Fisher II 85800**
**Timothy B. Fisher II**
**Fisher & Fisher Law Offices**
**P. O. Box 396**
**Gouldsboro, PA 18424**
**570-842-2753Fax:570-842-8979**