United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                         Case No. 22-01239-MJC

Kenneth J Moss                                                         Chapter 13

Ninnette E Moss

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5                             User: AutoDocke                                  Page 1 of 3
Date Rcvd: Aug 16, 2022                   Form ID: ntcnfhrg                                Total Noticed: 40

The following symbols are used throughout this certificate:
**Symbol**        **Definition**

\+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^                Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kenneth J Moss, Ninnette E Moss, 6212 Park Place, Tobyhanna, PA 18466-3221 |
| 5483530 | + | CLLCN Bureau of the HU, 155 N Plank Road, Newburgh, NY 12550-1747 |
| 5483535 | | Crimson Legal Group, 2150 NJ-35, Sea Girt, NJ 08750 |
| 5483537 | + | Financial Recovery Svcs, Inc., P.O. Box 21405, Saint Paul, MN 55121-0405 |
| 5483542 | + | Kimberly A. Bonner, Esquire, JSDC Law Offices, 11 E Chocolate Ave., Ste 390, Hershey, PA 17033-1320 |
| 5483545 | + | NBT Bank, PO Box 790185, Saint Louis, MO 63179-0185 |
| 5484573 | | NYC FIRE DEPARTMENT, c/o Wakefield & Associates, LLC, PO Box 51272, Knoxville, TN 37950-1272 |
| 5483547 | + | Pocono Mountain Regional EMS, 135 Tegawitha Road, Tobyhanna, PA 18466-7796 |
| 5483552 | + | T-Mobile, PO Box 742595, Cincinnati, OH 45274-2595 |
| 5484532 | + | U.S. Department of Housing and Urban Development, 100 Penn Square East, 11th Floor, Philadelphia, PA 19107-3325 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Aug 16 2022 18:41:41 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5483526 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 16 2022 18:41:52 | Cap1/Walmart, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 5483527 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 16 2022 18:41:40 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5485421 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 16 2022 18:41:52 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5483528 | + | Email/Text: jessicaoehrlein@cpcrecovery.com | Aug 16 2022 18:39:00 | Central Portfolio Cont, 10249 Yellow Circle Drive, Hopkins, MN 55343-9111 |
| 5483529 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 16 2022 18:52:19 | Citibank, N.A., 701 East 60th Street N, Sioux Falls, SD 57104-0432 |
| 5483531 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 16 2022 18:39:00 | Comenity Capital Bank, P.O. Box 182120, Columbus, OH 43218-2120 |
| 5483532 | + | Email/Text: dylan.succa@commercialacceptance.net | Aug 16 2022 18:39:00 | Commercial Acceptance Company, 2300 Gettsburg Road, Suite 1, Camp Hill, PA 17011-7303 |
| 5483533 | + | Email/Text: dylan.succa@commercialacceptance.net | Aug 16 2022 18:39:00 | Commericial Acceptance Co, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 5483534 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 16 2022 18:41:47 | Credit One Bank NA, P.O. Box 98875, Las Vegas, NV 89193-8875 |
| 5483536 | + | Email/Text: bknotice@ercbpo.com | Aug 16 2022 18:39:00 | Enhanced Recovery Co LLC, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |

| Recip ID | | Method/Address | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| 5483538 | + | Email/Text: bnc-bluestem@quantum3group.com | Aug 16 2022 18:39:00 | Fingerhut Direct Marketing, 6509 Flying Cloud Dr, Eden Prairie, MN 55344-3307 |
| 5483539 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 16 2022 18:41:47 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 5483540 | | Email/Text: bankruptcy@sccompanies.com | Aug 16 2022 18:39:00 | Ginny's Inc, 1112 7th Ave, Monroe, WI 53566-1364 |
| 5483541 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 16 2022 18:39:00 | Jefferson Capital Systems, 16 McCleland Road, Saint Cloud, MN 56303 |
| 5483543 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 16 2022 18:41:47 | LVNV Funding LLC, PO BOX 1269, Greenville, SC 29602-1269 |
| 5484995 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 16 2022 18:41:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5488192 | ^ | MEBN | Aug 16 2022 18:36:27 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5483544 | | Email/Text: camanagement@mtb.com | Aug 16 2022 18:39:00 | M&T Bank, 1 Fountain Plaza, Buffalo, NY 14203 |
| 5488114 | | Email/PDF: cbp@onemainfinancial.com | Aug 16 2022 18:41:53 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 5483546 | + | Email/PDF: cbp@onemainfinancial.com | Aug 16 2022 18:41:46 | One Main, PO Box 1010, Evansville, IN 47706-1010 |
| 5483548 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 16 2022 18:41:47 | Portfolio Recovery Assoc., 150 Corporate Blvd, Norfolk, VA 23502 |
| 5484215 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 16 2022 18:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 5488206 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 16 2022 18:39:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 5483549 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 16 2022 18:41:53 | Resurgent Capital Services, PO Box 10497, Greenville, SC 29603-0497 |
| 5483550 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Aug 16 2022 18:41:39 | Sprint, P.O. Box 4181, Carol Stream, IL 60197-4181 |
| 5483551 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 16 2022 18:41:52 | SYNCHRONY BANK/PAYPAL, PO BOX 965005, Orlando, FL 32896-5005 |
| 5484008 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 16 2022 18:41:40 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5485410 | | Email/PDF: ebn_ais@aisinfo.com | Aug 16 2022 18:41:47 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 5483553 | + | Email/Text: bncmail@w-legal.com | Aug 16 2022 18:39:00 | TD Bank USA/Target Credit, P.O. Box 673, Minneapolis, MN 55440-0673 |

TOTAL: 30

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Timothy B. Fisher, II | on behalf of Debtor 2 Ninnette E Moss donna.kau@pocono-lawyers.com |
| Timothy B. Fisher, II | on behalf of Debtor 1 Kenneth J Moss donna.kau@pocono-lawyers.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Kenneth J Moss,<br>**Debtor 1**<br><br>Ninnette E Moss,<br>**Debtor 2** | Chapter 13<br><br>Case No. 5:22−bk−01239−MJC |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**September 20, 2022** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Max Rosenn US Courthouse,<br>Courtroom 2, 197 South Main<br>Street, Wilkes−Barre, PA 18701 | Date: September 27, 2022<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PamelaRadginski, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 16, 2022 |

ntcnfhrg (08/21)