United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re:<br>Kenneth J Moss<br>Ninnette E Moss<br>    Debtors | Case No. 22-01239-MJC<br>Chapter 13 |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Aug 26, 2022 | Form ID: pdf010 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2022:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5484995 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 26 2022 18:51:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 28, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Kimberly A Bonner | on behalf of Attorney Pocono Mountain Regional Emergency Medical Services Inc. kab@jsdc.com, jnr@jsdc.com |
| Rebecca Ann Solarz | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| Timothy B. Fisher, II | on behalf of Debtor 2 Ninnette E Moss donna.kau@pocono-lawyers.com |
| Timothy B. Fisher, II | on behalf of Debtor 1 Kenneth J Moss donna.kau@pocono-lawyers.com |

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RE: | : | |
| KENNETH J MOSS | : | |
| NINNETTE E MOSS | : | |
| | : | CHAPTER 13 |
| Debtors | : | |
| | : | CASE NO. 5:22-bk-01239-MJC |
| KENNETH J MOSS | : | |
| NINNETTE E MOSS | : | |
| Objectants | : | |
| Vs. | : | |
| | : | |
| LVNV Funding, LLC | : | |
| c/o Resurgent Capital Services | : | |
| Claimant | : | |

## ORDER

Upon consideration of Debtors' Objection to Proof of Claim Number 4 of LVNV Funding, LLC c/o Resurgent Capital Services, Dkt. # 14 ("Objection"), it is hereby

**ORDERED** that the Objection is **SUSTAINED** and Claim Number 4 is disallowed in its entirety.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: August 26, 2022