# FISHER & FISHER
## LAW OFFICES, L.L.C.

Timothy B. Fisher, Esquire* **  
Timothy B. Fisher, II, Esquire*

* Member of PA & Federal Bars
** Member of NY Bar
° Member of NJ Bar

John D. Michelin, Esquire*  
Joseph F. Kulesa, Jr., Esquire* °  
Michelle F. Farley, Esquire*  
Michael A. Ventrella, Esquire*

September 6, 2022

To the Clerk of the U.S. Bankruptcy Court

**RE:** *Kenneth J. Moss*  
*Ninnette E. Moss*  
*Case No. 5:22-bk-01239*

Dear Sir or Madam:

Please note the following change of address for the creditor, NBT Bank:

Prior Address:    P.O. Box 790185  
                      Saint Louis, MO 63179-0185

New Address:    52 South Broad Street  
                     Norwich, NY 13815

Very truly yours,

FISHER & FISHER LAW OFFICES, L.L.C.

By: _____  
     Timothy B. Fisher, II

TBFII/mck

Please Reply To:

☐ Mount Pocono  
3041 Route 940, Suite 107  
Mount Pocono, PA 18344  
(570) 839-8690  
(570) 839-7675 fax

☐ Gouldsboro  
525 Main St., PO Box 396  
Gouldsboro, PA 18424  
(570) 842-2753  
(570) 842-8979 fax

☐ Cresco  
1032 PA Route 390 #101, PO Box 222  
Cresco, PA 18326  
(570) 595-8770  
(570) 595-8772 fax

☐ Stroudsburg  
109 N. 7th Street  
Stroudsburg, PA 18360  
(570) 629-6322  
(570) 629-6275 fax

www.FisherAndFisher.com