United States Bankruptcy Court
Middle District of Pennsylvania

In re: **Kenneth J Moss / Ninnette E Moss**, Debtor(s)

Case No. **5:22-bk-01239**
Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **September 6, 2022**, a copy of **Notice of Confirmation Hearing and Chapter 13 Plan** was served electronically or by regular United States mail to the creditor listed below.

**NBT Bank**
**52 South Broad Street**
**Norwich, NY 13815**

/s/ Timothy B. Fisher II
Timothy B. Fisher II 85800
Timothy B. Fisher II
Fisher & Fisher Law Offices
P. O. Box 396
Gouldsboro, PA 18424
570-842-2753 Fax:570-842-8979