United States Bankruptcy Court
Middle District of Pennsylvania

In re  Kenneth J Moss
       Ninnette E Moss
                         Debtor(s)

Case No. 5:22-bk-01239
Chapter 13

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2022, a copy of **Order Confirming Amended Chapter 13 Plan** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

ALL PARTIES ON ATTACHED
EXHIBIT "A"

/s/ Timothy B. Fisher II
Timothy B. Fisher II 85800
Timothy B. Fisher II
Fisher & Fisher Law Offices
P. O. Box 396
Gouldsboro, PA 18424
570-842-2753 Fax:570-842-8979

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0314-5<br>Case 5:22-bk-01239-MJC<br>Middle District of Pennsylvania<br>Wilkes-Barre<br>Wed Nov  9 12:00:36 EST 2022 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Pocono Mountain Regional Emergency Medical<br>c/o Kimberly A. Bonner,  Esq.<br>11 E. Chocolate Avenue<br>Suite 300<br>Hershey, PA 17033-1320 |
| U.S. Bankruptcy Court<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes-Barre, PA 18701-1500 | CLLCN Bureau of the HU<br>155 N Plank Road<br>Newburgh, NY 12550-1747 | Cap1/Walmart<br>P.O. Box 31293<br>Salt Lake City, UT 84131-0293 |
| Capital One<br>PO Box 31293<br>Salt Lake City, UT 84131-0293 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Central Portfolio Cont<br>10249 Yellow Circle Drive<br>Hopkins, MN 55343-9111 |
| Citibank, N.A.<br>701 East 60th Street N<br>Sioux Falls, SD 57104-0432 | Comenity Capital Bank<br>P.O. Box 182120<br>Columbus, OH 43218-2120 | Commercial Acceptance Company<br>2300 Gettsburg Road<br>Suite 1<br>Camp Hill, PA 17011-7303 |
| Commericial Acceptance Co<br>2300 Gettysburg Road, Suite 102<br>Camp Hill, PA 17011-7303 | Credit One Bank NA<br>P.O. Box 98875<br>Las Vegas, NV 89193-8875 | Crimson Legal Group<br>2150 NJ-35<br>Sea Girt, NJ 08750 |
| Enhanced Recovery Co LLC<br>8014 Bayberry Rd<br>Jacksonville, FL 32256-7412 | Financial Recovery Svcs, Inc.<br>P.O. Box 21405<br>Saint Paul, MN 55121-0405 | Fingerhut Direct Marketing<br>6509 Flying Cloud Dr<br>Eden Prairie, MN 55344-3307 |
| First Premier Bank<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104-4868 | Ginny's Inc<br>1112 7th Ave<br>Monroe, WI 53566-1364 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| Kimberly A. Bonner, Esquire<br>JSDC Law Offices<br>11 E Chocolate Ave., Ste 390<br>Hershey, PA 17033-1320 | LVNV Funding LLC<br>PO BOX 1269<br>Greenville, SC 29602-1269 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Lakeview Loan Servicing, LLC<br>c/o M&T Bank<br>P.O. Box 840<br>Buffalo, NY 14240-0840 | (p)M&T BANK<br>LEGAL DOCUMENT PROCESSING<br>626 COMMERCE DRIVE<br>AMHERST NY 14228-2307 | (p)NBT BANK NA<br>52 SOUTH BROAD STREET<br>NORWICH NY 13815-1699 |
| NYC FIRE DEPARTMENT<br>c/o Wakefield & Associates, LLC<br>PO Box 51272<br>Knoxville, TN 37950-1272 | ONEMAIN<br>P.O. BOX 3251<br>EVANSVILLE, IN 47731-3251 | One Main<br>PO Box 1010<br>Evansville, IN 47706-1010 |

Exhibit "A"

| | | |
|---|---|---|
| Pennsylvania Department of Revenue<br>Bankruptcy Division, PO Box 280946<br>Harrisburg PA 17128-0946 | Pocono Mountain Regional EMS<br>135 Tegawitha Road<br>Tobyhanna, PA 18466-7796 | Pocono Mountain Regional Emergency Medical S<br>c/o Kimberly A. Bonner, Esquire<br>JSDC Law Offices<br>11 E. Chocolate Avenue, Suite 300<br>Hershey, PA 17033-1320 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Premier Bankcard, LLC<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud MN 56302-7999 | Resurgent Capital Services<br>PO Box 10497<br>Greenville, SC 29603-0497 |
| SYNCHRONY BANK/PAYPAL<br>PO BOX 965005<br>Orlando, FL 32896-5005 | (p)SPRINT<br>C O AMERICAN INFOSOURCE<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| T Mobile/T-Mobile USA Inc<br>by American InfoSource as agent<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | T-Mobile<br>PO Box 742595<br>Cincinnati, OH 45274-2595 | TD Bank USA/Target Credit<br>P.O. Box 673<br>Minneapolis, MN 55440-0673 |
| U.S. Department of Housing and Urban Develop<br>100 Penn Square East, 11th Floor<br>Philadelphia, PA 19107-3325 | United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101-1722 | (p)JACK N ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 |
| Kenneth J Moss<br>6212 Park Place<br>Tobyhanna, PA 18466-3221 | Ninnette E Moss<br>6212 Park Place<br>Tobyhanna, PA 18466-3221 | Timothy B. Fisher II<br>Fisher and Fisher Law Offices<br>PO Box 396<br>525 Main Street<br>Gouldsboro, PA 18424-8838 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Jefferson Capital Systems<br>16 McCleland Road<br>Saint Cloud, MN 56303 | M&T Bank<br>1 Fountain Plaza<br>Buffalo, NY 14203 | NBT Bank<br>52 South Broad Street<br>Norwich, NY 13815 |
| Portfolio Recovery Assoc.<br>150 Corporate Blvd<br>Norfolk, VA 23502 | Sprint<br>P.O. Box 4181<br>Carol Stream, IL 60197-4181 | Jack N Zaharopoulos (Trustee)<br>Standing Chapter 13 Trustee<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.