United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Kenneth J Moss  
Ninnette E Moss  
    Debtors

Case No. 22-01239-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 3  
Date Rcvd: May 19, 2023     Form ID: ordsmiss     Total Noticed: 44

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kenneth J Moss, Ninnette E Moss, 6212 Park Place, Tobyhanna, PA 18466-3221 |
| aty | + | Pocono Mountain Regional Emergency Medical Servic, c/o Kimberly A. Bonner, Esq., 11 E. Chocolate Avenue, Suite 300, Hershey, PA 17033-1320 |
| 5483530 | + | CLLCN Bureau of the HU, 155 N Plank Road, Newburgh, NY 12550-1747 |
| 5483535 | | Crimson Legal Group, 2150 NJ-35, Sea Girt, NJ 08750 |
| 5483542 | + | Kimberly A. Bonner, Esquire, JSDC Law Offices, 11 E Chocolate Ave., Ste 390, Hershey, PA 17033-1320 |
| 5484573 | | NYC FIRE DEPARTMENT, c/o Wakefield & Associates, LLC, PO Box 51272, Knoxville, TN 37950-1272 |
| 5483547 | + | Pocono Mountain Regional EMS, 135 Tegawitha Road, Tobyhanna, PA 18466-7796 |
| 5490206 | + | Pocono Mountain Regional Emergency Medical Service, c/o Kimberly A. Bonner, Esquire, JSDC Law Offices, 11 E. Chocolate Avenue, Suite 300, Hershey, PA 17033-1320 |
| 5483552 | + | T-Mobile, PO Box 742595, Cincinnati, OH 45274-2595 |
| 5484532 | + | U.S. Department of Housing and Urban Development, 100 Penn Square East, 11th Floor, Philadelphia, PA 19107-3325 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: BASSASSOC.COM | May 19 2023 22:35:00 | Oliphant Financial, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| cr | + | EDI: RECOVERYCORP.COM | May 19 2023 22:35:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5483526 | + | EDI: CAPITALONE.COM | May 19 2023 22:35:00 | Cap1/Walmart, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 5483527 | + | EDI: CAPITALONE.COM | May 19 2023 22:35:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5485421 | | EDI: CAPITALONE.COM | May 19 2023 22:35:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5483528 | + | Email/Text: jessicaoehrlein@cpcrecovery.com | May 19 2023 18:41:00 | Central Portfolio Cont, 10249 Yellow Circle Drive, Hopkins, MN 55343-9111 |
| 5483529 | + | EDI: CITICORP.COM | May 19 2023 22:35:00 | Citibank, N.A., 701 East 60th Street N, Sioux Falls, SD 57104-0432 |
| 5483531 | | EDI: WFNNB.COM | May 19 2023 22:35:00 | Comenity Capital Bank, P.O. Box 182120, Columbus, OH 43218-2120 |
| 5483532 | + | Email/Text: dylan.succa@commercialacceptance.net | May 19 2023 18:41:00 | Commercial Acceptance Company, 2300 Gettsburg Road, Suite 1, Camp Hill, PA 17011-7303 |
| 5483533 | + | Email/Text: dylan.succa@commercialacceptance.net | May 19 2023 18:41:00 | Commericial Acceptance Co, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |

| | | | | |
| --- | --- | --- | --- | --- |
| 5483534 | + | Email/PDF: creditonebknotifications@resurgent.com | May 19 2023 18:48:07 | Credit One Bank NA, P.O. Box 98875, Las Vegas, NV 89193-8875 |
| 5483536 | + | Email/Text: bknotice@ercbpo.com | May 19 2023 18:41:00 | Enhanced Recovery Co LLC, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 5483537 | + | Email/Text: data_processing@fin-rec.com | May 19 2023 18:41:00 | Financial Recovery Svcs, Inc., P.O. Box 21405, Saint Paul, MN 55121-0405 |
| 5483538 | + | EDI: BLUESTEM | May 19 2023 22:35:00 | Fingerhut Direct Marketing, 6509 Flying Cloud Dr, Eden Prairie, MN 55344-3307 |
| 5483539 | + | EDI: AMINFOFP.COM | May 19 2023 22:35:00 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 5483540 | | EDI: CBS7AVE | May 19 2023 22:35:00 | Ginny's Inc, 1112 7th Ave, Monroe, WI 53566-1364 |
| 5483541 | | EDI: JEFFERSONCAP.COM | May 19 2023 22:35:00 | Jefferson Capital Systems, 16 McCleland Road, Saint Cloud, MN 56303 |
| 5483543 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 19 2023 18:48:10 | LVNV Funding LLC, PO BOX 1269, Greenville, SC 29602-1269 |
| 5484995 | | Email/PDF: resurgentbknotifications@resurgent.com | May 19 2023 18:48:12 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5488192 | ^ | MEBN | May 19 2023 18:37:48 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5483544 | | Email/Text: camanagement@mtb.com | May 19 2023 18:41:00 | M&T Bank, 1 Fountain Plaza, Buffalo, NY 14203 |
| 5483545 | | Email/Text: bankruptcy@nbtbank.com | May 19 2023 18:41:00 | NBT Bank, 52 South Broad Street, Norwich, NY 13815 |
| 5488114 | | EDI: AGFINANCE.COM | May 19 2023 22:35:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 5509206 | + | EDI: BASSASSOC.COM | May 19 2023 22:35:00 | Oliphant Financial, LLC, C/o Bass & Associates P.C., 3936 E Fort Lowell Rd Suite #200, Tucson Az 85712-1083 |
| 5483546 | + | EDI: AGFINANCE.COM | May 19 2023 22:35:00 | One Main, PO Box 1010, Evansville, IN 47706-1010 |
| 5483548 | | EDI: PRA.COM | May 19 2023 22:35:00 | Portfolio Recovery Assoc., 150 Corporate Blvd, Norfolk, VA 23502 |
| 5484215 | | EDI: PENNDEPTREV | May 19 2023 22:35:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 5484215 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 19 2023 18:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 5488206 | + | EDI: JEFFERSONCAP.COM | May 19 2023 22:35:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 5483549 | | Email/PDF: resurgentbknotifications@resurgent.com | May 19 2023 18:48:07 | Resurgent Capital Services, PO Box 10497, Greenville, SC 29603-0497 |
| 5483550 | | EDI: AISSPRINT | May 19 2023 22:35:00 | Sprint, P.O. Box 4181, Carol Stream, IL 60197-4181 |
| 5483551 | + | EDI: RMSC.COM | May 19 2023 22:35:00 | SYNCHRONY BANK/PAYPAL, PO BOX 965005, Orlando, FL 32896-5005 |
| 5484008 | + | EDI: RMSC.COM | May 19 2023 22:35:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5485410 | | EDI: AIS.COM | May 19 2023 22:35:00 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, PO Box 248848, Oklahoma |

| | | | |
|---|---|---|---|
| 5483553 | + EDI: WTRRNBANK.COM | May 19 2023 22:35:00 | City, OK 73124-8848<br>TD Bank USA/Target Credit, P.O. Box 673, Minneapolis, MN 55440-0673 |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 21, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bass and Associates PC | on behalf of Creditor Oliphant Financial  LLC ecf@bass-associates.com |
| Brian C Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Kimberly A Bonner | on behalf of Attorney Pocono Mountain Regional Emergency Medical Services  Inc. kab@jsdc.com, jnr@jsdc.com |
| Michael Patrick Farrington | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC mfarrington@kmllawgroup.com |
| Timothy B. Fisher, II | on behalf of Debtor 1 Kenneth J Moss donna.kau@pocono-lawyers.com |
| Timothy B. Fisher, II | on behalf of Debtor 2 Ninnette E Moss donna.kau@pocono-lawyers.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Kenneth J Moss,             Chapter    13

**Debtor 1**

Case No.     5:22−bk−01239−MJC

Ninnette E Moss,

**Debtor 2**

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to both Debtors.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*/s/ Mark J. Conway*

Mark J. Conway, United States Bankruptcy Judge

Dated: May 19, 2023

ordsmiss (05/18)